IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03338-LTB

THOMAS R. BRANDON,

     Applicant,

v.

STEPHEN HARTLEY, Warden, Arkansas Valley Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

---

## JUDGMENT

---

     Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 29, 2013, it is hereby

     ORDERED that Judgment is entered in favor of Respondents and against Applicant.

     DATED at Denver, Colorado, this 29 day of April, 2013.

               FOR THE COURT,

               JEFFREY P. COLWELL, Clerk


               By: s/  S. Grimm
                  Deputy Clerk