**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03338-LTB

THOMAS R. BRANDON,

    Applicant,

v.

STEPHEN HARTLEY, Warden, Arkansas Valley Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on the motion that Applicant, Thomas R. Brandon, filed *pro se* on April 29, 2013 (ECF No. 16), seeking a third, thirty-day extension of time in which to submit a second amended Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.  *See also* ECF Nos. 11 and 13).  The motion (ECF No. 16) is DENIED as moot.  This action was dismissed on April 29 after the time expired for Mr. Brandon to file the second amended application as directed.

Dated:  April 30, 2013